UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MONYULETTE BOYD, | § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 4:23-cv-00077-O |
| 1A SMART START LLC, | | |
| *Defendant*. | | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Monyulette Boyd ("Plaintiff") and Defendant 1A Smart Start, LLC hereby file this Joint Stipulation of Dismissal with Prejudice.

Under the terms of this stipulation, the Parties have agreed to a dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs of the court.

Respectfully submitted,

TREMAIN ARTAZA, PLLC

By: */s/ Ashley E. Tremain*
  Ashley E. Tremain
  State Bar No. 24066209

  4925 Greenville Ave., Suite 200
  Dallas, Texas 75206
  Telephone: (469)-573-0229
  ashley@tremainartaza.com

  **COUNSEL FOR PLAINTIFF
  MONYULETTE BOYD**

*~ and ~*

_____
Jessica Renee Brown
KJ PARTNERS LLP
State Bar No. 24048975 4849
Greenville Avenue
Suite 100-170
Dallas, Texas 75206
(469) 586-6861 (Telephone)
Jessica@KJPartners.com

**ATTORNEY FOR DEFENDANT
1A SMART START LLC**